IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN YAN, | : | Case No. 4:14-CV-01590 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY, PENNSYLVANIA STATE UNIVERSITY BRANDYWINE CAMPUS, | : | (Magistrate Judge Schwab) |
| Defendants | : | |

**ORDER**

**September 1, 2015**

**BACKGROUND:**

On November 2, 2014, *pro se* Plaintiff Yan Yan filed an amended complaint against Defendant Pennsylvania State University and Pennsylvania State University Brandywine Campus claiming, *inter alia*, that Penn State refused to hire her for jobs that require a Ph.D. ECF No. 41. Plaintiff's prior two cases (4:10-cv-212 and 4:14-cv-1373) against Defendants related, in part, to her failure to obtain a Ph.D. from Penn State.

Pending before the Court is Defendants' motion to dismiss for failure to state a claim, filed November 14, 2014. ECF No. 44. The case was jointly assigned

1

to Magistrate Judge Susan E. Schwab, who issued a report and recommendation on August 11, 2015, recommending that Defendants' motion to dismiss be granted and that all of Plaintiff's claims in her amended complaint be dismissed. No objections have been filed to the report and recommendation.

Magistrate Judge Schwab exhaustively reviewed every conceivable facet of the Plaintiff's claims. Because this Court agrees with her analysis, the undersigned will not rehash her sound reasoning, but will instead adopt the report and recommendation in its entirety. ECF No. 73.

**IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of Magistrate Judge Schwab is **ADOPTED** in full. ECF No. 73.

2. Defendants' motion to dismiss for failure to state a claim is **GRANTED**. ECF No. 44.

3. Plaintiff's amended complaint is **DISMISSED** with prejudice. ECF No. 41.

4. Plaintiff's motion for sanctions is **DENIED** as moot. ECF No. 74.

5. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge